UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMER HAJ MOHAMAD,

                    Petitioner,

        v.

PAMELA BONDI, *et al.*,

                    Respondents.

Case No. C26-242-MLP

ORDER GRANTING *IN FORMA PAUPERIS* APPLICATION AND APPOINTING COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2241. The Federal Public Defender's Office, on behalf of Petitioner, has filed an application to proceed *in forma pauperis* ("IFP") (dkt. # 1) and a motion seeking appointment of counsel in this matter (dkt. # 2). The Court, having considered Petitioner's application and motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

        (1)    Petitioner demonstrates that he is unable to afford the $5.00 filing fee. Accordingly, Petitioner's application to proceed IFP (dkt. # 1) is GRANTED. The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees.

        (2)    Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute,

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION AND APPOINTING COUNSEL - 1

Petitioner has demonstrated, by means of his IFP application, financial eligibility for such appointment. Accordingly, Petitioner's request for appointment of counsel (dkt. # 2) is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

(3)    The Clerk is directed to send copies of this order to Petitioner, to the Federal Public Defender, and to counsel for Respondent.

Dated this 26th day of January, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION AND APPOINTING COUNSEL - 2